# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00066-RLV-DSC

| | |
|---|---|
| VENSON M. SHAW AND STEVEN M. SHAW, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| APPLE, INC., et al., | ) ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice for [Gregory S. Gewirtz]" (document # 14) filed June 6, 2017. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 7, 2017

David S. Cayer
United States Magistrate Judge