# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00066-RLV-DSC

| | |
|---|---|
| VENSON M. SHAW AND STEVEN M. SHAW, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| APPLE, INC. et al., | ) ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Tanya L. Chaney, Angela D. Mitchell, David W. Morehan, and Palak Shah]" (documents ## 16-19) filed June 12, 2017. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 12, 2017

David S. Cayer
United States Magistrate Judge