IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 5:17-CV-00066-RLV-DSC

| | |
|---|---|
| VENSON M. SHAW and STEVEN M. SHAW, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., SONY ELECTRONICS INC. and SONY MOBILE COMMUNICATIONS (USA), INC. <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on "Apple's Motion to Join In Part Sony's Motion for Improper Venue" (document #33). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: July 20, 2017

David S. Cayer
United States Magistrate Judge